NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nelson A. Mancia
Zulma G. Mancia
Nelson M. Mancia


FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH   DEPUTY

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Redwood Holding LLC.
Plaintiff(s),
v.
Nelson A. Mancia
Zulma G. Mancia
Nelson M. Mancia
Defendant(s)

CASE NUMBER:
2:24CV6179-PA-JCx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Nelson A. Mancia, Zulma G. Mancia & Nelson M. Mancia or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | N/A |

Date: 07/23/24

Signature: [signatures]

Attorney of record for (or name of party appearing in pro per):
Nelson A. Mancia