

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

July 29, 2024

Superior Court of California
County of Los Angeles
12720 Norwalk Blvd.
Norwalk CA 90650

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 01 2024

David W. Slayton, Executive Officer/Clerk of Court

Re:   Case Number: 2:24-cv-06179-PA-JCx
      Previously Superior Court Case No.: 24NWUD01217
      Case Name: Redwood Holdings, LLC v. Nelson A. Mancia et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on   July 26, 2024  , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

☑ United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

☐ United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

☐ United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

FILED
CLERK, U.S. DISTRICT COURT
AUG 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

Encls.
cc: Counsel of record

Receipt is acknowledged of the documents described above.

08.01.2024
Date

Clerk, Superior Court
By: M. Green
Deputy Clerk